FILED
APR 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:25 CR 00185 |
| | ) Title 21, United States Code, |
| NAZZARION BATTEE-DIGGS, | ) Section 841(a)(1), (b)(1)(B), |
| | ) and (b)(1)(C) |
| Defendant. | ) JUDGE ADAMS |

COUNT 1
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about January 10, 2025, in the Northern District of Ohio, Eastern Division, Defendant NAZZARION BATTEE-DIGGS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Fentanyl, Cocaine, and Heroin,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about January 10, 2025, in the Northern District of Ohio, Eastern Division, Defendant NAZZARION BATTEE-DIGGS did knowingly and intentionally possess with intent to distribute a mixture and substance containing detectable amounts of fentanyl, a Schedule II

controlled substance, cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about January 10, 2025, in the Northern District of Ohio, Eastern Division, Defendant NAZZARION BATTEE-DIGGS did knowingly and intentionally possess with intent to distribute 50 grams of more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant NAZZARION BATTEE-DIGGS shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; and any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.